UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO MEJIA-ECHAVARRIA,<br><br>Petitioner,<br><br>v.<br><br>Christopher LAROSE, Senior Warden,<br>Otay Mesa Detention Center; et al.,<br><br>Respondents. | Case No.: 26-cv-129-BJC-DDL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

Petitioner is a Mexican national who entered the United States without inspection in or about December 1999 and has resided continuously in the United States since that time. ECF No. 1 at 6. On July 23, 2025, Petitioner was arrested by officers of U.S. Immigration and Customs Enforcement near Warner Springs, California, while driving on state route 79, in the interior of the United States. *Id.* Petitioner was thereafter transferred to the Otay Mesa Detention Center where he is currently being held. *Id.*

On August 18, 2025, an immigration judge conducted a bond redetermination hearing. *Id.* The Judge held that jurisdiction properly lay under INA § 236(a). *Id.* at 7. The Court granted release upon posting of a $1,500 bond, and the Department reserved appeal. *Id.* On November 21, 2025, the Board of Immigration Appeals ("BIA") vacated the immigration judge's decision based exclusively on *Matter of Yajure-Hurtado*, 29 I&N Dec. 216 (BIA 2025) (holding that noncitizens who entered the United States without inspection are "applicants for admission" subject to detention under INA § 235). *Id.* As a

26-cv-129-BJC-DDL

result of the BIA's decision, Petitioner has remained in ICE custody without bond since his arrest on July 23, 2025.

On January 9, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the Fifth Amendment.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a return to the petition on January 18, 2026.  ECF No. 4.  In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the Petition for a Writ of Habeas Corpus. Respondents shall reinstate the bond conditions previously set by the immigration judge at the August 18, 2025 hearing and immediately release Petitioner if he is able to meet those conditions.  *See* ECF No. 1 at 7.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  February 2, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge